

USA NO. 1999Z00793

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **v.** | * | **NO. 00-0097** |
| **BETTY A. WILLIAMS** | * | **SECTION: "R" (1)** |
| * | * | * |

### MOTION FOR ENTRY OF DEFAULT

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America and moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of default against Betty A. Williams due to her failure to plead or otherwise defend as set forth below.

1. On January 18, 2000, a Notice of Lawsuit and Request for Waiver of Service for Summons, a Waiver of Service of Summons and a copy of the complaint were mailed to the defendant. On February 17, 2000, the Waiver of Service of Summons was filed in this court.

DATE OF ENTRY
APR 4 2000

Fee____
Process____
X  Dktd____
✓ CtRmDep____
Doc.No.____

- 2 -

2. More than 60 days have elapsed since the defendant was mailed the above-referenced documents, and the defendant has not filed an answer or other responsive pleading.

Accordingly, a default should be entered against Betty A. Williams due to her failure to plead or otherwise defend.

>Respectfully submitted,
>
>EDDIE J. JORDAN, JR.
>UNITED STATES ATTORNEY
>
>_____
>ENEID A. FRANCIS
>Assistant United States Attorney
>Bar Roll No. 5816
>Hale Boggs Federal Building
>501 Magazine Street, 2nd Floor
>New Orleans, Louisiana 70130
>Telephone: (504) 680-3060

- 2 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0097 |
| **BETTY A. WILLIAMS** | * | SECTION: "R" (1) |
| | * * * | |

<u>O R D E R</u>

IT IS HEREBY ORDERED that a default be entered against Betty A. Williams due to her failure to plead or otherwise defend.

New Orleans, Louisiana, this 3rd day of April, 2000.

LORETTA G. WHYTE, Clerk
CLERK, UNITED STATES DISTRICT COURT

By _____
Deputy Clerk