UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR -3  A II: 17

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0097 |
| BETTY A. WILLIAMS | * | SECTION: "R" (1) |

\* \* \*

## J U D G M E N T

Defendant, Betty A. Williams, was served with the summons and complaint and failed to plead or otherwise defend.  The legal time for pleading or otherwise defending has expired, and a default has been entered against Betty A. Williams according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against Betty A. Williams in the sum of $7,486.65, plus interest accruing on $3,070.64 at the rate of 8 percent per annum or at the daily rate of $0.67 from October 28, 1999, to date of judgment; interest accruing on $1,780.25 at the rate of 11.40 percent per annum or at the daily rate of $0.56 from October 28, 1999, to date of judgment; interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961, and the costs of this proceeding.

New Orleans, Louisiana, this *3rd* day of *April*,
2000.

---

DATE OF ENTRY

APR  4 2000

---

LORETTA G. WHYTE, Clerk

CLERK, UNITED STATES DISTRICT COURT

By _____
Deputy Clerk

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc.No. _____